# DECEMBER, 1918

### NEAL TUCKER v. THE STATE.

No. 5242. Decided December 4, 1918.

Forgery.—Continuance—Bill of Exceptions—Practice on Appeal.

In the absence of a statement of facts and bills of exception, the overruling of an application for continuance can not be considered on appeal.

Appeal from the District Court of Red River. Tried below before the Hon. Ben H. Denton.

Appeal from a conviction of forgery; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of forgery and allotted two years in the penitentiary.

The record is without a statement of facts. The motion for a new trial is predicated upon the action of the court overruling the application for a continuance on account of the absence of witnesses who are therein

mentioned. The application is not in the record, nor does the evidence adduced on the trial accompany the record. This court can not reverse with reference to this contingency unless there was a bill of exceptions reserved to this action, and also unless there be a statement of facts, even if there had been a bill of exceptions. The matters being so presented, they can not be considered. This is the question presented for revision.

The judgment is affirmed.

*Affirmed.*